B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Maryland

In re  **Jonatan Alexander Torres Beltran**                                           Case No. _____
                                    Debtor(s)                                          Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **0.00** |
   | Prior to the filing of this statement I have received | $ **0.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **All services, except those identified in paragraph below, that are reasonably contemplated to achieve the Debtor's bankruptcy objectives including, but not limited to, the following:
      1) File the certificate required from the individual Debtor from an approved nonprofit budget and credit counseling agency for prepetition credit counseling;
      2) Preparation and filing of all locally required forms;
      3) Representation of Debtor at Section 341 Meeting of Creditors;
      4) Amend any list, schedule, statement, and/or other document required to be filed with the petition as may be necessary or appropriate;
      5) Motions under Section 522(f) to avoid liens on exempt property;
      6) Motions, such as motions for abandonment, or proceedings to clear title to real property owned by the Debtor;
      7) Advise the Debtor with respect to any reaffirmation agreement; negotiate, prepare and file reaffirmation agreements if in the best interest of the Debtor; and attend all hearings scheduled on any reaffirmation agreement signed by the Debtor;
      8) Removal of garnishments or wage assignments;
      9) Motion under Section 722 to redeem exempt property from liens;
      10) Compile and forward to the Trustee and the United States Trustee any documents and information requested;
      11) Consult with the Debtor and if there is a valid defense or explanation, respond to a motion for relief from the automatic stay;
      12) File Debtor's certificate of completion of instructional course concerning financial management, unless filed by the certifying agency; and,
      13) Disclose any agreement and fee arrangement regarding the potential retention of co-counsel.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of Debtor in any Adversary Proceeding ("AP") or dischargeability action, which our Firm agrees to provide for an additional attorney's fee if Debtor engages the Firm to do so. In the event an AP or dischargeability action is initiated against Debtor, the Firm will represent Debtor in connection with the matter until such time that (i) Debtor informs the Firm that Debtor does not wish to litigate the matter, does not wish to be represented by the Firm in the matter, and/or wishes to retain other counsel, and (ii) the court grants the Firm leave to withdraw as counsel for Debtor. If Debtor engages the Firm for representation in one of the**

In re  **Jonatan Alexander Torres Beltran**  Case No. _____
　　　　　　　　　　　Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**aforementioned proceedings and agrees to pay an additional fee for such services, the Firm will file a Supplemental Disclosure of Compensation disclosing that fee.**

---

**CERTIFICATION**

　I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 9, 2024** | **/s/ Albert K. Coto** |
| *Date* | **Albert K. Coto 19217** |
| | *Signature of Attorney* |
| | **Law Offices of Campos & Associates** |
| | **2122 University Blvd. W.** |
| | **Silver Spring, MD 20902** |
| | **240-233-6816   Fax: 240-223-2028** |
| | **acoto@abogados-maryland.com** |
| | *Name of law firm* |